OA 91  Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CAILFORNIA__

FILED
MAY 07 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA
V.

JOHN DOE
a/k/a JOSE OLIVARES MORALES

CRIMINAL COMPLAINT

Case Number: 08-MJ-70270 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about April 10, 2007 in Monterey County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)
knowingly make false statements in an application for a United States passport, to wit: by claiming that he is Jose Olivares Morales born in Puerto Rico in 1961,

in violation of Title 18 United States Code, Section(s) 1542

I further state that I am a(n) Special Agent (Official Title) and that this complaint is based on the following facts:

Please see attached affidavit.

Penalties: 10 years imprisonment, $250,000 fine, $100 special assessment, 3 years supervised release

No Bail Warrant Requested

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: _Susan Knight_ AUSA

_[signature]_
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

Date 5/7/08  at SAN JOSE, CA
City and State

PATRICIA V. TRUMBULL
Name & Title of Judicial Officer

_Patricia V. Trumbull_
Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Scott Bender, as a duly sworn federal law enforcement officer, hereby depose and state as follows:

1. I am a Special Agent employed by the Diplomatic Security Service ("DSS"), which is an agency of the United States Department of State. DSS Special Agents are empowered under Title 22, United States Code, Section 2709 to investigate passport fraud.

2. I have a bachelor's degree from the University of Arizona, a master's degree from National University, and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. Prior to becoming a federal agent, I was employed as a police officer in the Los Angeles area for approximately 5 years. I have been employed by DSS since January 2006, and have received and continue to receive on an ongoing basis, training in the laws, rules, and regulations concerning passports, visas, and citizenship documents.

3. This affidavit establishes probable cause to arrest Jose Olivares Morales for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542. It should be noted that 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation.

**Passports in General**

4. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

**Facts Supporting Probable Cause**

5. On April 10, 2007, a person claiming to be Jose Olivares Morales submitted an application for a United States Passport at a United States Post Office in Salinas, California. Along with the passport application (number 058445830), the person submitted a California Drivers License as proof of identity and a Puerto Rico birth certificate as proof of United States citizenship. During the processing of this application, it was identified as possibly being submitted by an imposter and was referred to DSS for criminal investigation.

6. On June 4, 2007, I learned from Investigator Juan Machado with the Commonwealth of Puerto Rico Demographic Registry Verification and Localization Division regarding the aforementioned birth certificate. He informed me that the birth certificate submitted with passport application #058445830 was counterfeit.

7. On May 6, 2008, I along with DSS SA Justin Diaz interviewed the person purporting to be Jose Olivares Morales at his place of employment in Salinas, California. Special Agent Diaz is fluent in Spanish and assisted in translating the interview. This person identified a copy of passport application, number #058445830, in the name of Jose Olivares Morales as one he had submitted in order to obtain a United States passport, and told us the following, in sum and substance: a) he stated that he was born in Puerto Rico and moved to Mexico shortly after his birth; b) he stated that his father, who is deceased, gave him the Puerto Rican birth certificate; c) he stated that his mother was born in Puerto Rico. I compared this person's statements with the information he listed in his passport application and found several inconsistencies. This person claims that his mother was born in Puerto Rico and therefore is a citizen of the United States, yet he listed her place of birth as Mexico on his passport application and checked on the application that she was not a United States citizen. Also, this person was unable to answer simple questions regarding Puerto Rico. Therefore, based on my training and experience, I believe that this person is not who he claims to be, namely Jose Oliveres Morales born in Puerto Rican in 1961.

**Conclusion**

8. Based on the facts and information detailed in the affidavit, I believe probable cause exists that Jose Olivares Morales violated 18 U.S.C. § 1542 when he falsely stated his name was Jose Olivares Morales on the above mentioned United States passport application. As such, I respectfully request a warrant for his arrest.

_____
Scott Bender
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON May __7__, 2008

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

AO 442 (Rev. 3/93) Warrant for Arrest

# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA,**

V.

**JOHN DOE**
**a/k/a JOSE OLIVARES MORALES**

**WARRANT FOR ARREST**

Case Number: CR 08-MJ-70270 PVT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest John Doe a/k/a Jose Olivares Morales and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  (x) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

knowingly make false statements in application for a United States passport, to wit: by claiming that he is Jose Olivares Morales born in Puerto Rico in 1961.

in violation of Title 18 United States Code, Section(s) 1542.

| Patricia V. Trumbull | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Patricia V. Trumbull | May 7, 2008   San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ No Bail        by    Patricia V. Trumbull
                                     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |