```
1  JOSEPH R. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12
13  UNITED STATES OF AMERICA,        )   No. 08-70270 PVT
                                     )
14         Plaintiff,                )
                                     )   STIPULATION AND [PROPOSED]
15         v.                        )   ORDER EXCLUDING TIME
                                     )
16  JOSE OLIVARES-MORALES,           )
                                     )
17         Defendant.                )   SAN JOSE VENUE
                                     )
18                                   )
                                     )
19  _____
```

On June 2, 2008, the undersigned parties appeared before the Court for an arraignment. At the hearing, Assistant Federal Public Defender Cynthia informed the Court that the defendant has hired private counsel, who is in the process of submitting his application to be admitted to practice in the Northern District of California. Therefore, the parties jointly requested that the Court schedule an identification of counsel hearing for June 19, 2008. In addition, Assistant United States Attorney Susan Knight requested an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 2, 2008 and June 19, 2008. The defendant, through AFPD Lie, agreed to the exclusion. The parties agree and stipulate that

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT                              1

1 an exclusion of time is appropriate based on the defendant's need for continuity and effective
2 preparation of counsel.
3 SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                    United States Attorney
4
5 DATED: 6/2/08                     _____/s/_____
                                    SUSAN KNIGHT
6                                   Assistant United States Attorney
7
  DATED: 6/2/08                     _____/s/_____
8                                   CYNTHIA C. LIE
                                    Assistant Federal Public Defender
9
10    Accordingly, the Court HEREBY ORDERS that a hearing for identification of counsel is
11 scheduled for June 19, 2008 at 9:30 a.m. before the Honorable Richard Seeborg.  Good cause
12 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
13 and 18 U.S.C. § 3060.
14    For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15 Speedy Trial Act from June 2, 2008 to June 19, 2008.  The Court finds, based on the
16 aforementioned reasons, that the ends of justice served by granting the requested continuance
17 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
18 the requested continuance would deny defense counsel reasonable time necessary for effective
19 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
21 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 SO ORDERED.
23
24 DATED:_____           _____
                                  PATRICIA V. TRUMBULL
25                                United States Magistrate Judge
26
27
28