1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5  
    150 Almaden Blvd., Suite 900
6   San Jose, California 95113
    Telephone: (408) 535-5056
7   FAX: (408) 535-5066
    Susan.Knight@usdoj.gov
8  
   Attorneys for Plaintiff
9  
                    UNITED STATES DISTRICT COURT
10 
                   NORTHERN DISTRICT OF CALIFORNIA
11 
                          SAN JOSE DIVISION
12 

13 UNITED STATES OF AMERICA,      )    No. 08-70270 PVT
                                  )
14      Plaintiff,                )
                                  )    STIPULATION AND [PROPOSED]
15      v.                        )    ORDER EXCLUDING TIME UNDER
                                  )    RULE 5 AND THE SPEEDY TRIAL ACT
16 JOSE OLIVARES-MORALES,         )
                                  )
17      Defendant.                )
                                  )    SAN JOSE VENUE
18                                )
                                  )
19 _____ )

20 

21      The undersigned parties respectfully request that the arraignment scheduled for July 25, 2008

22 at 11:00 a.m. be continued to August 8, 2008 at 11:00 a.m. before Magistrate Judge Trumbull.

23 The reasons for the continuance is that the parties have reached a resolution to the case,

24 specifically, that the defendant will enter a guilty plea to a violation of 18 U.S.C. § 1028(a)(6),

25 possession of a false identity document. The government needs additional time to obtain

26 supervisory approval of the resolution, and defense counsel Eduardo Paredes needs time to

27 review a plea agreement with the defendant. Therefore, the parties request a brief continuance to

28 August 8, 2008. In addition, the parties agree and stipulate that a waiver of time under Rule 5 of

1  the Federal Rules of Criminal Procedure and the Speedy Trial Act from July 25, 2008 to August
2  8, 2008 is appropriate.  The parties agree and stipulate that an exclusion of time is appropriate
3  based on the defendant's need for effective preparation of counsel.
4  SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
5
6  DATED: 7/23/08                              _____/s/_____
                                                SUSAN KNIGHT
7                                               Assistant United States Attorney
8
   DATED: 7/23/08                              _____/s/_____
9                                               EDUARDO A. PAREDES
                                                Counsel for Mr. Olivares-Morales
10
11      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
12  continued to August 8, 2008 at 9:30 a.m.  Good cause is shown and the continuance is proper
13  under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
14      For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15  Speedy Trial Act from July 25, 2008 to August 8, 2008.  The Court finds, based on the
16  aforementioned reasons, that the ends of justice served by granting the requested continuance
17  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
18  the requested continuance would deny defense counsel reasonable time necessary for effective
19  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20  of justice.  The Court therefore concludes that this exclusion of time should be made under 18
21  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22  SO ORDERED.
23
24  DATED:_____                       _____
                                                HOWARD R. LLOYD
25                                              United States Magistrate Judge
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT                               2