1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney

**FILED**

2008 AUG -5 P 3: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,        CR-08  00519  MAG

14        Plaintiff,                  )
                                      )   VIOLATION:  Title 18, United States Code,
15   v.                               )   Section 1028(a)(6) – Possession of a False
                                      )   or Stolen United States Identification
                                      )   Document (Class A Misdemeanor)
16   JOSE OLIVARES-MORALES,           )
                                      )
17                                    )   SAN JOSE VENUE
                                      )
     Defendant.                       )
18   _____)

19                    I N F O R M A T I O N

20   The United States Attorney charges:

21        On or about April 10, 2007, in the Northern District of California, the defendant

22                    JOSE OLIVARES-MORALES,

23   knowingly possessed an authentication feature that was or appeared to be an authentication

24   feature of the United States, to wit: a Social Security number 7962, which was stolen, knowing

25   //

26   //

27   //

28

DOCUMENT NO.      CSA's INITIALS

1

DISTRICT COURT
CRIMINAL CASE PROCESSING

INFORMATION

1   that such feature was stolen, in violation of Title 18, United States Code, Section 1028(a)(6), a

2   Class A misdemeanor.

3

4   DATED:    8/4/08                          JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6

7                                            _____
                                             MATTHEW A. PARRELLA
8                                            Chief, San Jose Branch Office

9   (Approved as to form: _____ )
                                    ADITYA NAGARAJAN
10                                  Law Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1028(A)(6) - Possession of a False or Stolen Identification Document

☐ Petty
☐ Minor
☑ Misde- meanor
☐ Felony

PENALTY:
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment

*E-FILING*

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)
Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
▶ 08-70270-PVT
08-70280-PVT

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Susan Knight

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

─── DEFENDANT ───

2008 AUG -5 P 3 38

▶ Jose Olivares-Morales

RICHARD W. WIEKING
CLERK
DISTRICT COURT NUMBER U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR-08 00519 MAG

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶                 Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶            Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: