```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08-00519 PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| JOSE OLIVARES-MORALES, | ) |
| Defendant. | ) |

The undersigned parties jointly request that a status hearing on above-captioned matter be continued from October 16, 2008 to November 20, 2008 at 11:00 a.m. The reason for the continuance is that defense counsel will be unavailable due to a conflict in state court. Probation Officer Benjamin Flores has no objection to the continuance.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 10/8/08

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 10/8/08

_____/s/_____
EDUARDO A. PAREDES
Counsel for Mr. Olivares-Morales

STIPULATION AND [PROPOSED] ORDER
CR 08-00519 PVT                                             1

For good cause shown, the Court HEREBY ORDERS that the sentencing hearing is continued to November 20, 2008 at 11:00 a.m.

SO ORDERED.

DATED: 10/9/08

Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge